# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0417

VERSUS

AUGUST C. PAYNE, JR.

**JULY 1, 2024**

---

In Re:   August C. Payne, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-05-0205.

---

**BEFORE:   THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The records of the Office of the Clerk of Court of East Baton Rouge Parish do not reflect that a motion to correct an illegal sentence was filed in this matter on or about October 16, 2023.

**MRT**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT